Brian K. Stewart., Esq. (State Bar No. 126412)
Richard D. Hoang, Esq. (State Bar No. 234503)
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
Email: bstewart@ccmslaw.com
Email: rhoang@ccmslaw.com

Attorneys for Defendant
COUNTY OF LOS ANGELES
(erroneously named as LOS ANGELES COUNTY
DISTRICT ATTORNEY'S OFFICE)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA VARO, an individual, JOSHUA PEREZ, an individual, VANESSA PEREZ, an individual, JUSTIN PEREZ, an individual, CALVIN PEREZ, an individual, and ELVIS PENA, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE, a public entity, GIOVANNI BARTOLETTI, an individual, and DOES 1-75, inclusive,<br><br>                    Defendants. | CASE NO. 2:18-cv-9025-DMG-KS<br><br>Hon. Dolly M. Gee<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: September 21, 2018<br>Current response date: October 26, 2018<br>New response date: November 9, 2018 |

///

///

21400

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

COLLINS COLLINS
MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax  (626) 243-1111

**TO THE HONORABLE COURT:**

The parties, by and through their counsel of record, hereby stipulate that Defendant COUNTY OF LOS ANGELES (erroneously sued as LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE) ("County") time to respond to Plaintiffs DEANA VARO, JOSHUA PEREZ, VANESSA PEREZ, JUSTIN PEREZ, CALVIN PEREZ, and ELVIS PENA's (collectively, "Plaintiffs") Complaint shall be due on or before November 9, 2018.

Pursuant to Local Rule 8-3, this stipulation does not extend the County's time to respond to Plaintiffs' Complaint for more than 30 days.  Good cause exists for this stipulation:

1. Plaintiffs filed this case in Los Angeles County Superior Court (Case No. BC721607)  on September 13, 2018;
2. The County was served with Plaintiffs' Complaint on September 21, 2018;
3. The County removed this case to the United States District Court – Central District of California on October 19, 2018;
4. The County's current response is due on or before October 26, 2018;
5. The parties, by and through their respective counsel, have agreed to extend the time within which the County had to respond to Plaintiffs' Complaint in light of the number issues raised in said Complaint;
6. This is the first request to extend time to respond to Plaintiffs' Complaint.

///
///
///
///
///

21400

COLLINS COLLINS
MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1        NOW, THEREFORE, by and through their respective counsel of record, the

2    Parties hereby stipulate and agree that the County's response to Plaintiffs' Complaint

3    shall be due on or before November 9, 2018.

4

5    DATED: October 24, 2018       COLLINS COLLINS MUIR + STEWART LLP

6

7

8                               RICHARD D. HOANG
                 By: _____

9                             BRIAN K. STEWART
                         RICHARD D. HOANG

10                            Attorneys for Defendant
                         COUNTY OF LOS ANGELES

11

12

13   DATED: October 24, 2018       ARDALAN & ASSOCIATES, PLC

14

15

16                    By: _____

17                            P. CHRISTOPHER ARDALAN
                         GEOFFREY S. HICKEY

18                            JACQUELINE S. LEIBL

19                            Attorneys for Plaintiffs
                         DEANA VARO, JOSHUA PEREZ,

20                            VANESSA PEREZ, JUSTIN PEREZ,
                         CALVIN PEREZ, and ELVIS PENA

21

22

23

24

25

26

27

28

21400

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

COLLINS COLLINS
MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111